UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEGEND PICTURES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 22-cv-03785 <br><br> Hon. Steven C. Seeger |

**FINAL JUDGMENT ORDER**

Plaintiff LEGEND PICTURES, LLC ("LEGEND PICTURES" or "Plaintiff") filed a complaint against the defendants identified on Schedule A, who use the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"). LEGEND PICTURES later moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants").

This Court entered default against all Defendants on November 7, 2022 [30]. Plaintiff later filed a motion for default judgment against those Defaulting Defendants.

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, LEGEND PICTURES has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have offered to sell products using infringing and

1

counterfeit versions of LEGEND PICTURES's federally registered trademarks, which are covered by U.S. Trademark Registration Nos. 5,840,140; 5,840,142; 6,195,470; and 6,205,935 (the "PACIFIC RIM Trademarks") and LEGEND PICTURES's registered copyrights, which are covered by U.S. Copyright Registration Nos. PA 1-859-894 and PA 2-091-781 (the "PACIFIC RIM Works") to residents of Illinois. *See* Docket No. [13], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing and/or counterfeit versions of the PACIFIC RIM Trademarks and PACIFIC RIM Works.

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement 17 U.S.C § 501 (a).

Accordingly, this Court orders that LEGEND PICTURES's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the PACIFIC RIM Trademarks and PACIFIC RIM Works or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PACIFIC RIM product or not authorized by LEGEND PICTURES to be sold in connection with the PACIFIC RIM Trademarks and PACIFIC RIM Works;

  b. passing off, inducing, or enabling others to sell or pass off any product as a genuine PACIFIC RIM product or any other product produced by LEGEND PICTURES, that is not LEGEND PICTURES's or not produced under the authorization, control, or supervision of LEGEND PICTURES and approved by LEGEND PICTURES for sale under the PACIFIC RIM Trademarks and PACIFIC RIM Works;

  c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of LEGEND PICTURES, or are sponsored by, approved by, or otherwise connected with LEGEND PICTURES; and

  d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for LEGEND PICTURES, nor authorized by LEGEND PICTURES to be sold or offered for sale, and which bear any of PACIFIC RIM Trademarks and PACIFIC RIM Works, including the PACIFIC RIM Trademarks and PACIFIC RIM Works, or any reproductions, counterfeit copies or colorable imitations.

2. Pursuant to 15 U.S.C. § 1117(c)(2), LEGEND PICTURES is awarded statutory damages from each of the Defaulting Defendants in the amount of ten thousand dollars ($10,000) for willful use of counterfeit PACIFIC RIM Trademarks on products sold through at least the Defendant Internet Stores.

3. Pursuant to 17 U.S.C. § 504(c)(2), LEGEND PICTURES is awarded statutory damages from each of the Defaulting Defendants in the amount of ten thousand dollars ($10,000) for infringement of the PACIFIC RIM Works on products sold through at least the Defendant

       Internet Stores.

4.     The asset freeze imposed by this Court's temporary restraining order is hereby lifted.

5.     LEGEND PICTURES can enforce this Final Judgment Order as provided in the Federal Rules of Civil Procedure.

6.     The Ten Thousand Dollar ($10,000) surety bond posted by LEGEND PICTURES is hereby released to LEGEND PICTURES or its counsel, Keith Vogt, Ltd. 33 West Jackson Boulevard, #2W Chicago, Illinois 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to LEGEND PICTURES or its counsel. This is a final judgment.

Date: November 21, 2022

                                                                  Steven C. Seeger
                                                                  United States District Judge

**Schedule A**

| No. | Defendants |
| --- | --- |
| 1 | mingkebaihuo |
| 2 | minjax |
| 3 | minwo |
| 4 | MINZHEposter |
| 5 | mnbfgyjf |
| 6 | Muchen Decoration, Hualong District, Puyang City |
| 7 | muchenbairun |
| 8 | Must HAPPY Store |
| 9 | MuTonBo |
| 10 | nanjinglingjiyidongwenhuachuanmeiyouxiangongsi |
| 11 | NanJingPuLinDuMaoYiYouXianGongSi11 |
| 12 | Nanlada |
| 13 | nanpingjianyangqulvruoxibaihuodian |
| 14 | nanpingshijianyangqudaxipeibaihuodian |
| 15 | nanpingshijianyangqugefangwenbaihuodian |
| 16 | nanpingshijianyangqugonghuansibaihuodian |
| 17 | nanpingshijianyangqulinnonghuanhubaihuodian |
| 18 | nanpingshijianyangquruidailingbaihuodian |
| 19 | Nanston |
| 20 | NanZJYB |
| 21 | NBKIstore |
| 22 | neixinaglinlincanyindian |
| 23 | Newgeli |
| 24 | NGDJposter |
| 25 | NiceTry |
| 26 | NINGNINGQ |
| 27 | Ningtao Store |
| 28 | ningyuan666 |
| 29 | nitezhou |
| 30 | niuniudeshop |
| 31 | NiuShaoChengWanJu |
| 32 | NKLDJDSF2DSHG |
| 33 | nshangma |
| 34 | nvhaidedian |
| 35 | NVTNB Store |
| 36 | PANDQUKE |
| 37 | pangjie888 |
| 38 | pasredct |
| 39 | peipeidedian |
| 40 | Pengcheng Art |
| 41 | pengyinongyefazhan |
| 42 | PENHH |

| 43 | pianisti |
|---|---|
| 44 | Picturefigureo |
| 45 | Pieceng |
| 46 | PIGY |
| 47 | pingshapingwa |
| 48 | Poster art |
| 49 | pu yang yuan yi bai huo shang hang |
| 50 | puchengxianyuqinbaihuodian |
| 51 | putianlaihongmaoyiyouxiancompany |
| 52 | putianshipengchengjiaju |
| 53 | puyangkelanmeishangmaoyouxiangongsi |
| 54 | PYSZCXNYLJW |
| 55 | qiao ting |
| 56 | qiaozhan |
| 57 | Qihe Network Technology Co., Ltd |
| 58 | Qihe Online Store |
| 59 | Qin Han New Town Wu Tan Ming Department Store |
| 60 | Qinghui Technology |
| 61 | QINGLIAN |
| 62 | qingqiaoshangmaoyouxiancompany |
| 63 | Qingqu Tata |
| 64 | qingsongzhijia |
| 65 | QinHanXinChengZhangErQiWuJinDian |
| 66 | QISAN |
| 67 | QIUHUAXIANG |
| 68 | QIULIHUA |
| 69 | quanxiancanyinguanli |
| 70 | QuanZhouCangTieJuJiaJuYouXianGongSi |
| 71 | QuanZhouShiHuaiRuDianZiShangWuYouXianGongSi |
| 72 | raegeerfv |
| 73 | ReSung |
| 74 | rizhaojingjijishukaifaqukabuqinuoxinxifuwuzhongxin |
| 75 | RongHuo |
| 76 | Roth Mall |
| 77 | ruanzhiyandediyigedian. |
| 78 | Ruyuanshangwu |
| 79 | sairui-us |
| 80 | sangsheng |
| 81 | sanwuwu |
| 82 | scaqe |
| 83 | SDFGSDFBGSDFGBWR |
| 84 | sdgcvxzvbsdcvx |
| 85 | sdhdfjh |
| 86 | ShanDongPanLongJianSheGongChengYouXianGongSi |
| 87 | ShanDongQingAngShangMaoYouXianGongSi3 |

| | |
|---|---|
| 88 | ShanGen |
| 89 | Shanghai Fanmu E-Commerce Co., Ltd. |
| 90 | shanmao keji |
| 91 | shanxiquanzhiguanjiashangwuzixunyouxiangongsi |
| 92 | shanxituanqiangkejiyouxiancompany |
| 93 | shanxixiaodaerwenjiaoyukejiyouxiangongsi |
| 94 | shanzheng123 |
| 95 | Share quality products |
| 96 | sheng tuo yi pin |
| 97 | shengdingzhao |
| 98 | ShenYangJinLinWangLuoKeJiYouXianGongSi |
| 99 | shenyangshishenbeixinqunankunzahuodian |
| 100 | shenzhenchanyiwu |
| 101 | shenzhenshiluohuqushibaiweibaozidia |
| 102 | shenzhenshixianyijiancaiyouxiangongsi |
| 103 | shijiazhuangmanerdianzishangwuyouxiangongsi |
| 104 | shirongmaoyi |
| 105 | shizhenhuibaihuodian |
| 106 | shizhibiao01 |
| 107 | shouyangdianpu |
| 108 | shuochishangmao SHOP |
| 109 | siaofeinishangmao |
| 110 | simonking |
| 111 | Sincerely prosperous |
| 112 | siyemiao art |
| 113 | SKOMKLIUY |
| 114 | SMXWHXZF |
| 115 | Spgd store |
| 116 | SPZXM Store |
| 117 | ssdfgdsfgesfgd |
| 118 | Star Fog |
| 119 | SUEMIA |
| 120 | sunguor |
| 121 | sxqdja |
| 122 | SXUELAN |
| 123 | SYCMJYZXHX |
| 124 | SYLSPD |
| 125 | Szblt store |
| 126 | TaiAnHuiChengShangMaoYouXianGongSi |
| 127 | taikangxianjiangxubaihuoshanghang |
| 128 | taiyuanyameitejiankangzixunyouxiangongsi |
| 129 | tan wenyi |
| 130 | TangLiYand |
| 131 | TangShan ZhiManShangMaoYouXianGongSi |
| 132 | TangShanNuanKaiShangMaoYouXianGongSi |

| | |
|---|---|
| 133 | tangxidianzishangwu |
| 134 | Taurus0626 |
| 135 | tege painting art |
| 136 | Templatae |
| 137 | tengyuantecahd |
| 138 | tiandunjiancaikeji |
| 139 | tianjinxisesheyingyouxiangongsi |
| 140 | tiankunyinxiangmaoyigongsi |
| 141 | Tianyanly |
| 142 | tongwenguan poster |
| 143 | tuhjt |
| 144 | TWWBHSH |
| 145 | TYHYT |
| 146 | Tyrone O Rodriguez |
| 147 | UKAKU |
| 148 | UKDIK |
| 149 | VincentVS |
| 150 | wan chi jian zhu |
| 151 | Wang Baishi Integrity Trading |
| 152 | Wang De Li Shop |
| 153 | wanzaixianjuxibaihuodian |
| 154 | wei17001 |
| 155 | Weifang Huiminxiang Trading Company |
| 156 | weirongshangmao |
| 157 | weishoujia shop |
| 158 | WOGEBH |
| 159 | woyuwo |
| 160 | WZW-SHOP |
| 161 | Xiangtengxin |
| 162 | xinweibaihuo |
| 163 | Yellowbiubiubiu |
| 164 | youlaiyouwangbianlidian |
| 165 | YSTWHCBCL |
| 166 | yuanyuanxiaoshangdian |
| 167 | YUEJINGDXF |
| 168 | Yuxin Trade Shop |
| 169 | zhengzhouhuazaidianzikejiyouxiangongsi |
| 170 | zhifuquanyanriyongbaihuodia |
| 171 | 海口市慧忠电子4商务有限公司 |